IN THE SUPREME COURT OF THE STATE OF NEVADA

AMBER JOHNSON,
                    Appellant,
          vs.
CHRISTOPHER M. HORODESKY,
                    Respondent.

No. 85633

FILED

NOV 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from an order sealing the documents and record, apart from the final judgment, in this case. Eighth Judicial District Court, Family Court Division, Clark County; Michele Mercer, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court may only consider appeals authorized by statute or court rule). No statute or court rule provides for an appeal from an order such as that challenged by appellant. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                        Herndon

22-36180

cc: Hon. Michele Mercer, District Judge, Family Court Division
Amber Johnson
Carman & Price
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A